ESSEX SAVINGS BANK *v.* JOHN F. COYNE
(13748)
ESSEX SAVINGS BANK *v.* JEFFREY W. NAVIN ET AL.
(14169)

O'CONNELL, LAVERY and HEIMAN, Js.

Argued April 28—decision released May 23, 1995

*Kenneth R. Davis,* for the appellants (defendants).
*John S. Bennet,* with whom, on the brief, was *Lori A. Massa,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.